UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

-v-                                            23-MC-43

$17,715 UNITED STATES CURRENCY,

        Defendant *in rem*.

---

### STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon between the parties, the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Elizabeth M. Palma, Assistant United States Attorney, of counsel, and, Robert Viola, Esq., attorney for claimant Timothy Carson, that the government's time to file its Verified Complaint for Forfeiture be extended from November 27, 2023 to February 26, 2024, pursuant to Title 18, United States Code, Section 983(a)(3)(A).

Dated: November 22, 2023              Dated: November 22, 2023

TRINI E. ROSS
United States Attorney
Western District of New York

By: _Elizabeth Palma_              By: _Robert Viola_
Elizabeth M. Palma                                Robert Viola, Esq.
Assistant United States Attorney        770 Main Street
United States Attorney's Office          Niagara Falls, New York 14301
Western District of New York            rviola@vclniagara.com
138 Delaware Avenue                   Attorney for Timothy Carson
Buffalo, New York 14202
(716) 843-5860
elizabeth.palma@usdoj.gov